JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| United Specialty Insurance Company | Case No. EDCV 18-00002 JGB (SHKx) |
|---|---|
| Plaintiffs, | |
| v. | **JUDGMENT** |
| E-Cig Vapor Emporium, LLC, *et al.*, | |
| Defendants. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order filed concurrent herewith, the Motion for Summary Judgment by Plaintiff United Specialty Insurance Company ("USIC") is GRANTED as to Plaintiff's First, Second, and Fourth Causes of Action. The Court declares the following:

(1) that USIC owes no obligation to defend E-Cig Vapor Emporium, LLC ("E-Cig") in the lawsuit filed in Riverside County Superior Court entitled <u>Robert Sean Lockyer v. E-Cig Vapor Emporium, LLC</u>, case number PSC1704348 ("Underlying Action");

(2) that USIC owes no obligation to indemnify E-Cig in the Underlying Action; and

(3) that USIC is entitlted to reimbursement from E-Cig for costs incurred to defend it in the underlying action.

1 | Judgment is hereby entered in favor of USIC and against E-Cig on the first,
2 | second, and fourth causes of action for declaratory relief.

Dated: October 15, 2018

_____
THE HONORABLE JESUS G. BERNAL
United States District Judge