# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| United Specialty Insurance Company<br><br>Plaintiffs,<br><br>v.<br><br>E-Cig Vapor Emporium, LLC, *et al.*,<br><br>Defendants. | Case No. EDCV 18-00002 JGB (SHKx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order filed concurrent herewith, the Motion for Default by Plaintiff United Specialty Insurance Company ("USIC") is GRANTED as to Plaintiff's First and Second Causes of Action. The Court declares the following:

(1) that USIC owes no obligation to defend E-Cig Vapor Emporium, LLC ("E-Cig") in the lawsuit filed in Riverside County Superior Court entitled <u>Robert Sean Lockyer v. E-Cig Vapor Emporium, LLC</u>, case number PSC1704348 ("Underlying Action");

(2) that USIC owes no obligation to Robert Lockyer to indemnify E-Cig in the Underlying Action.

1 | Judgment is hereby entered in favor of USIC and against Robert Lockyer on
2 | the first and second causes of action for declaratory relief.

Dated: December 6, 2018

_____
THE HONORABLE JESUS G. BERNAL
United States District Judge