Woolls Peer Dollinger & Scher
A Professional Corporation
One Wilshire Building, 624 South Grand Avenue, 22nd Floor
Los Angeles, California 90017

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED SPECIALTY INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>    v.<br><br>E-CIG VAPOR EMPORIUM, LLC; ROBERT SEAN LOCKYER,<br><br>    Defendants. | Case No.: 5:18-cv-00002 JGB (SHKx)<br><br>Assigned to the Hon. Jesus G. Bernal<br><br>**ORDER RE DISMISSAL** |

The Parties have notified the Court that they have reached a settlement and that they have fully executed the settlement agreement and related documents. The Parties have further advised the Court of the following:

    1)    Pursuant to the settlement agreement, E-CIG VAPOR EMPORIUM, LLC made its initial installment payment on February 15, 2019;

    2)    The settlement agreement requires UNITED SPECIALTY INSURANCE COMPANY to dismiss its complaint without prejudice against E-CIG VARPOR EMPORIUM, LLC within ten (10) days of receipt of E-CIG VAPOR EMPORIUM, LLC'S first installment payment;

Woolls Peer Dollinger & Scher
A Professional Corporation
One Wilshire Building, 624 South Grand Avenue, 22nd Floor
Los Angeles, California 90017

3) The settlement agreement requires E-CIG VAPOR EMPORIUM, LLC to make 17 additional equal monthly installments;

4) The settlement agreement provides that the Court shall retain jurisdiction as necessary to enforce the terms of the settlement, including the stipulated judgment should E-CIG VAPOR EMPORIUM, LLC fail to comply with the terms of the settlement agreement;

5) Defendant ROBERT SEAN LOCKYER never appeared in this action and a judgment was entered against him on December 6, 2018;

Therefore, the Court orders as follows:

1) Pursuant to Federal Rule of Civil Procedure 41(a)(2), UNITED SPECIALTY INSURANCE COMPANY'S complaint is dismissed without prejudice as to E-CIG VAPOR EMPORIUM, LLC;

2) The Court shall retain jurisdiction to enforce the terms of the settlement, including the stipulated judgment should E-CIG VAPOR EMPORIUM, LLC fail to comply with the terms of the settlement agreement;

IT IS SO ORDERED.

DATED: February 21, 2019

_____
HON. JESUS G. BERNAL